IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEONNE NEW-HOWARD and EDGAR HOWARD, :
:
                     Plaintiffs, :   CIVIL ACTION
:
   v. :   NO. 11-cv-2855
:
JP MORGAN CHASE BANK N.A., :
:
                     Defendant. :
:

**ORDER**

     AND NOW, this  18th  day of November, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24), which was renewed by Order of this Court as to the Woolston Avenue Loan only (Doc. No. 51) and Plaintiff's Response letter to the Court dated October 29, 2013 (Doc. No. 52), it is hereby ORDERED as follows:

    (1) Summary judgment is GRANTED to Defendant on Plaintiffs' claim under the Pennsylvania Fair Credit Extension Uniformity Act. The claim is dismissed with prejudice.

    (2) Summary judgment is GRANTED to Defendant on Plaintiffs' claim under § 201-2(4)(iii) and § 201-2(4)(xiv) of the Pennsylvania Unfair Trade Practices and Consumer Protection Law. These claims are dismissed with prejudice. Summary judgement is DENIED on Plaintiffs' claim under § 201-2(4)(xxi) of the Law.

    (3) Summary judgment is GRANTED to Defendant on Plaintiffs' claim under the federal Fair Debt Collection Practices Act. The claim is dismissed with prejudice.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.
```