```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NEW-HOWARD, ET. AL.              :
                                 :
                    Plaintiffs,  :   CIVIL ACTION
                                 :
     v.                          :   NO. 11-cv-2855
                                 :
JP MORGAN CHASE BANK, N.A.,      :
                                 :
                    Defendant.   :

## ORDER

AND NOW, this    12th    day of August, 2014, upon consideration of Plaintiff's Motion to Stay (Doc. No. 71), Defendant's Response thereto (Doc. No. 72), Plaintiff's Petition for Leave to File Amended Complaint (Doc. No. 75) and Defendant's Memorandum of Law in opposition thereto (Doc. Nos. 78, 79), it is hereby ORDERED that Plaintiff's Motion to Amend is GRANTED in part and DENIED in part.

Plaintiff may amend her Complaint to assert a claim for breach of the February 2013 Settlement Agreement between Plaintiff and JP Morgan Chase Bank, N.A. ("Count Four"). Plaintiff may not amend her Complaint to assert other claims.

Plaintiff's Motion to Stay is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.